928

No. 71–5626. CALABRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5627. McDONALD v. WELLONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–5628. JACKSON, AKA ROBBINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 71–5629. JOHNSON v. SALISBURY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 71–5630. DIROSA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 71–5631. SCOTT v. HILL ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–5632. MEMOLI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5634. WHITEHEAD v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–5635. JOHNSON v. MANCUSI, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 71–5636. MOSCATELLO ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–5637. UNDERWOOD v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 71–5639. POSS v. SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.